**United States District Court**
For the Northern District of California

1
2
3  UNITED STATES DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA
5
6  SAM SIEGEL,                                         No. C 11-02571 JCS
7          Plaintiff(s),
                                                       **ORDER TO SHOW CAUSE**
8       v.
9  VISA INC, ET AL.,
10         Defendant(s).
   _____/
11
12      Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 2,
13  2011, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not
14  present.
15      IT IS HEREBY ORDERED that Plaintiff appear on **September 16, 2011, at 1:30 p.m.,**
16  before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San
17  Francisco, California, and then and there to show cause why this action should not be dismissed for
18  Plaintiff's failure to appear at the case management conference on September 2, 2011, for failure to
19  prosecute this action, and for failure to comply with the Court's Order of May 27, 2011.  A case
20  management conference is also scheduled for September 16, 2011, at 1:30 p.m.
21      IT IS SO ORDERED.
22
23  Dated:  September 6, 2011
24                                                     _____
                                                       JOSEPH C. SPERO
25                                                     United States Magistrate Judge
26
27
28