UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM SIEGEL, | No. C 11-02571 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| VISA INC, ET AL., | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 2, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **September 16, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 2, 2011, for failure to prosecute this action, and for failure to comply with the Court's Order of May 27, 2011. A case management conference is also scheduled for September 16, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 6, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge