JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

GORDON W. RENNEISEN, CA Bar No. 129794
Cornerstone Law Group
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone:  (415) 625-5025
Facsimile:   (415) 655-8236

Attorneys for plaintiff Sam Siegel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM SIEGEL<br><br>    Plaintiff,<br><br>vs.<br><br>VISA, Inc., *et al*.<br><br>    Defendants.<br>_____ | Case No. 3:11-cv-02571-JCS<br><br>**[PROPOSED] ORDER RE STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE SCHEDULING CONFERENCE** |

Pursuant to the stipulation of the parties, and for good cause showing, the Court continues the initial case scheduling conference in this case to January 19, 2012, at 10:00 a.m., in Courtroom 3, 17th Floor, San Francisco.

IT IS SO ORDERED

Dated: November 15, 2011          _____
                                   Hon. Richard Seeborg
                                   United States District Judge