*E-Filed 11/15/11*

1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   Attorney At Law
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Telephone: (510) 530-9060
   Facsimile: (510) 530-9087
4
   GORDON W. RENNEISEN, CA Bar No. 129794
5  Cornerstone Law Group
   595 Market Street, Suite 2360
6  San Francisco, CA 94105
   Telephone:  (415) 625-5025
7  Facsimile:    (415) 655-8236

8  Attorneys for plaintiff Sam Siegel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAM SIEGEL | ) | Case No. 3:11-cv-02571-JCS |
|   Plaintiff, | ) | **[PROPOSED] ORDER RE STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE SCHEDULING CONFERENCE** |
| vs. | ) | |
| VISA, Inc., *et al*. | ) | |
|   Defendants. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, and for good cause showing, the Court continues the initial case scheduling conference in this case to January 19, 2012, at 10:00 a.m., in Courtroom 3, 17th Floor, San Francisco.

IT IS SO ORDERED

Dated: November 15, 2011       _____
                               Hon. Richard Seeborg
                               United States District Judge