*E-Filed 12/30/11*

1   Douglas E. Dexter (State Bar No. 115868)
    ddexter@fbm.com
2   Diego Acevedo (State Bar No. 244693)
    dacevedo@fbm.com
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Defendants:
    VISA USA INC., INOVANT LLC,
7   VISA INTERNATIONAL SERVICE ASSOCIATION,
    and ROBIN OWENS
8

9   JEREMY L. FRIEDMAN, CA Bar No. 142659
    Attorney At Law
10  2801 Sylhowe Road
    Oakland, CA 94602
11  Telephone:     (510) 530-9060
    Facsimile:     (510) 530-9087
12
    GORDON W. RENNEISEN, CA Bar No. 129794
13  Cornerstone Law Group
    595 Market Street, Suite 2360
14  San Francisco, CA 94105
    Telephone:     (415) 625-5025
15  Facsimile:     (415) 655-8236

16  Attorneys for plaintiff Sam Siegel

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19

20  SAM SIEGEL,                          Case No. 3:11-cv-02571-JCS

21              Plaintiff,               [~~PROPOSED~~] ORDER RE STIPULATION
                                         AND JOINT REQUEST TO CONTINUE
22      vs.                              INITIAL CASE SCHEDULING
                                         CONFERENCE
23  VISA, Inc., et al.,

24              Defendant.

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor   [~~PROPOSED~~] ORDER RE STIPULATION AND
San Francisco, CA  94104            JOINT REQUEST TO CONTINUE INITIAL CASE        27216\2907224.1
(415) 954-4400                      SCHEDULING CONFERENCE

1    Pursuant to the stipulation of the parties, and for good cause showing, the Court continues

2    the initial case scheduling conference in this case to February 16, 2012, at 10:00 a.m., in

3    Courtroom 3, 17th Floor, San Francisco.

4    PURSUANT TO STIPULATION, IT IS SO ORDERED

5    Dated: January ~~, 2011
      December 30,

6    _____
      Hon. Richard Seeborg
      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND JOINT REQUEST TO
CONTINUE INITIAL CASE SCHEDULING
CONFERENCE

- 2 -

27216\2907224.1