*E-Filed 12/30/11*

1  Douglas E. Dexter (State Bar No. 115868)
   ddexter@fbm.com
2  Diego Acevedo (State Bar No. 244693)
   dacevedo@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendants:
   VISA USA INC., INOVANT LLC,
7  VISA INTERNATIONAL SERVICE ASSOCIATION,
   and ROBIN OWENS
8

9  JEREMY L. FRIEDMAN, CA Bar No. 142659
   Attorney At Law
10 2801 Sylhowe Road
   Oakland, CA 94602
11 Telephone:    (510) 530-9060
   Facsimile:    (510) 530-9087
12
   GORDON W. RENNEISEN, CA Bar No. 129794
13 Cornerstone Law Group
   595 Market Street, Suite 2360
14 San Francisco, CA 94105
   Telephone:    (415) 625-5025
15 Facsimile:    (415) 655-8236

16 Attorneys for plaintiff Sam Siegel

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 SAM SIEGEL,                              Case No. 3:11-cv-02571-JCS

21             Plaintiff,                   [PROPOSED] ORDER RE STIPULATION
                                            AND JOINT REQUEST TO CONTINUE
22    vs.                                   INITIAL CASE SCHEDULING
                                            CONFERENCE
23 VISA, Inc., et al.,

24             Defendant.

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER RE STIPULATION AND
JOINT REQUEST TO CONTINUE INITIAL CASE
SCHEDULING CONFERENCE

27216\2907224.1

1   Pursuant to the stipulation of the parties, and for good cause showing, the Court continues

2   the initial case scheduling conference in this case to February 16, 2012, at 10:00 a.m., in

3   Courtroom 3, 17th Floor, San Francisco.

4   PURSUANT TO STIPULATION, IT IS SO ORDERED

5   Dated: ~~January~~ December 30, 2011

6   _____
    Hon. Richard Seeborg
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST TO
CONTINUE INITIAL CASE SCHEDULING
CONFERENCE

- 2 -

27216\2907224.1