**\*E-Filed 3/29/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAM SIEGEL,                          No. C 11-02571 RS

       Plaintiff,

   v.                                **CASE MANAGEMENT SCHEDULING ORDER**

VISA, INC., et al.,

       Defendants.

_____/

       Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on March 29, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

       1.      ALTERNATIVE DISPUTE RESOLUTION.

       SETTLEMENT CONFERENCE. This matter is referred to Magistrate Judge Spero for the purpose of completing a settlement conference within 90 days of the issuance of this order depending upon the schedule of Magistrate Judge Spero. The parties shall promptly notify the Court whether the case is resolved at the conference.

       2.      DISCOVERY. On or before July 19, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before August 2, 2013, plaintiff shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before August 16, 2013, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before September 13, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. AMENDMENT OF PLEADINGS. All amendment to the pleadings shall be completed on or before June 4, 2012.

5. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **August 30, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

Dated: 3/29/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE