1   Douglas E. Dexter (State Bar No. 115868)
    ddexter@fbm.com
2   Diego Acevedo (State Bar No. 244693)
    dacevedo@fbm.com
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Defendants:
    VISA USA INC., INOVANT LLC,
7   VISA INTERNATIONAL SERVICE ASSOCIATION,
    and ROBIN OWENS

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11
    SAM SIEGEL,                          Case No. 3:11-cv-02571-RS
12
                    Plaintiff,           **STIPULATION TO CONTINUE THE**
13                                       **SETTLEMENT CONFERENCE HEARING**
                                         **TO JUNE 26, 2012; [PROPOSED] ORDER**
14           vs.

15  VISA, INC., et al.,

16                   Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE THE SETTLEMENT
CONF. TO JUNE 26, 2012; [PROPOSED]
ORDER – Case No. 3:11-cv-02571-RS

27216\3113252.1

1  WHEREAS, the Settlement Conference in this matter is scheduled for June 19, 2012 at

2  9:30 a.m.; and

3  WHEREAS, Defendant Robin Owens has an out-of-town scheduling conflict on June 19,

4  2012.

5  IT IS HEREBY STIPULATED AND AGREED THAT the Settlement Conference in this

6  matter should be continued to June 26, 2012 at 9:30 a.m., and Statements shall be filed by all

7  parties by June 12, 2012.

8

9  DATED:  May 15, 2012.            FARELLA BRAUN & MARTEL LLP

10

11                                  By:  /s/ Douglas E. Dexter
                                         Douglas E. Dexter
12
                                    Attorneys for Defendants:
13                                  VISA USA INC., INOVANT LLC,
                                    VISA INTERNATIONAL SERVICE
14                                  ASSOCIATION, and ROBIN OWENS

15  DATED:  May 15, 2012.            LAW OFFICE OF JEREMY L. FRIEDMAN
                                    CORNERSTONE LAW GROUP
16

17
                                    By:  /s/Jeremy L. Friedman
18                                       Jeremy L. Friedman

19                                  Attorneys for plaintiff
                                    SAM SIEGEL
20
                          **FILER'S ATTESTATION**
21
        Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests
22
   that all parties have concurred in the filing of this STIPULATION TO CONTINUE THE
23
   SETTLEMENT CONFERENCE HEARING TO JUNE 26, 2012.
24
   DATED:  May 15, 2012.            FARELLA BRAUN & MARTEL LLP
25

26
                                    By:  /s/ Douglas E. Dexter
27                                       Douglas E. Dexter

28

STIP. TO CONTINUE THE SETTLEMENT
CONF. TO JUNE 26, 2012; [PROPOSED]          - 2 -
ORDER – Case No. 3:11-cv-02571-RS

27216\3113252.1

1

**ORDER**

2   Pursuant to stipulation and for good cause shown, the Settlement Conference in this

3 matter will be heard on June 26, 2012 at 9:30 a.m., and Statements shall be filed by all parties by

4 June 12, 2012.

5

6 DATED: <u>5/16/12</u>

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE THE SETTLEMENT
CONF. TO JUNE 26, 2012; [PROPOSED]
ORDER – Case No. 3:11-cv-02571-RS

- 3 -

27216\3113252.1

Judge Joseph C. Spero