Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Diego Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants:
VISA USA INC., INOVANT LLC,
VISA INTERNATIONAL SERVICE ASSOCIATION,
and ROBIN OWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM SIEGEL,<br><br>           Plaintiff,<br><br>   vs.<br><br>VISA, INC., et al.,<br><br>           Defendants. | Case No. 3:11-cv-02571-RS<br><br>**STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE HEARING TO JUNE 26, 2012; [~~PROPOSED~~] ORDER** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO CONTINUE THE SETTLEMENT
CONF. TO JUNE 26, 2012; [~~PROPOSED~~]
ORDER – Case No. 3:11-cv-02571-RS

27216\3113252.1

1   WHEREAS, the Settlement Conference in this matter is scheduled for June 19, 2012 at
2   9:30 a.m.; and
3   WHEREAS, Defendant Robin Owens has an out-of-town scheduling conflict on June 19,
4   2012.
5   IT IS HEREBY STIPULATED AND AGREED THAT the Settlement Conference in this
6   matter should be continued to June 26, 2012 at 9:30 a.m., and Statements shall be filed by all
7   parties by June 12, 2012.

DATED:  May 15, 2012.                    FARELLA BRAUN & MARTEL LLP


By:   /s/ Douglas E. Dexter
    Douglas E. Dexter

Attorneys for Defendants:
VISA USA INC., INOVANT LLC,
VISA INTERNATIONAL SERVICE
ASSOCIATION, and ROBIN OWENS

DATED:  May 15, 2012.                    LAW OFFICE OF JEREMY L. FRIEDMAN
                    CORNERSTONE LAW GROUP


By:   /s/Jeremy L. Friedman
    Jeremy L. Friedman

Attorneys for plaintiff
SAM SIEGEL

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE HEARING TO JUNE 26, 2012.

DATED:  May 15, 2012.                    FARELLA BRAUN & MARTEL LLP


By:   /s/ Douglas E. Dexter
    Douglas E. Dexter

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO CONTINUE THE SETTLEMENT
CONF. TO JUNE 26, 2012; [PROPOSED]           - 2 -
ORDER – Case No. 3:11-cv-02571-RS                                               27216\3113252.1

**ORDER**

Pursuant to stipulation and for good cause shown, the Settlement Conference in this matter will be heard on June 26, 2012 at 9:30 a.m., and Statements shall be filed by all parties by June 12, 2012.

DATED: 5/16/12

_____
Honorable _____
Judge, _____ District Court

*Judge Joseph C. Spero*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO CONTINUE THE SETTLEMENT
CONF. TO JUNE 26, 2012; [PROPOSED]
ORDER – Case No. 3:11-cv-02571-RS

- 3 -

27216\3113252.1