IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Sam Siegel,                                                         No. C 11-02571 RS

                                                                                     **STANDBY ORDER OF DISMISSAL**

                Plaintiffs,
  vs.

Visa Inc., et al.,

                Defendants.
_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 17, 2012**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 23, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.


IT IS SO ORDERED.


Dated:  6/27/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE